THOMAS E. FRANKOVICH (State Bar No. 074414)
THOMAS E. FRANKOVICH,
*A Professional Law Corporation*
4328 Redwood Hwy., Suite 300
San Rafael, CA 94903
Telephone:    415/674-8600
Facsimile:    415/674-9900

Attorneys for Plaintiffs PATRICK CONNALLY
and DISABILITY RIGHTS ENFORCEMENT,
EDUCATION SERVICES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK CONNALLY, an individual; and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES:HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>CHINA FIRST, INC., a California corporation; GEORGE and DOROTHY CHAN, 1983 TRUST,<br><br>　　　　Defendants. | CASE NO.  CV-08-04073-EDL<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON** |

    The parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1).  Outside of the terms of the Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own costs and attorneys' fees.  The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement.  *See* <u>Kokonen v. Guardian Life Ins. Co.</u>, 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

///

///

///

Therefore, IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure Rule 41(a)(1).

Respectfully submitted,

Dated: October 7, 2009

THOMAS E. FRANKOVICH,
*A PROFESSIONAL LAW CORPORATION*

By: _____/s/_____
         Thomas E. Frankovich
Attorneys for Plaintiffs PATRICK CONNALLY and DISABILITY RIGHTS ENFORCEMENT, EDUCATION SERVICES

Dated: Octoboer 7, 2009

BREALL & BREALL., LLP
ATTORNEYS AT LAW

By: _____/s/_____
         Sophie A. Breall
Attorneys for Defendants CHINA FIRST, INC., a California corporation; GEORGE and DOROTHY CHAN, 1983 TRUST

## ORDER

**IT IS HEREBY ORDERED** that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(1).  IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary.

Dated: __October 22__, 2009

*Elijah D. Laporte* (signature)

_____
HONORABLE ELIZABETH D. LAPORTE
United States Magistrate Judge of California

**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON**        CV-08-04073 EDL        -2-